**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES,<br><br>     v.<br><br>ADAM EIDINGER,<br><br>          Defendant. | Case No. 1:15-mc-01265-APM |

**NOTICE**

     The Honorable Jason Chaffetz, Chairman of the Committee on Oversight and Government Reform of the U.S. House of Representatives ("Committee") and U.S. Representative for the 3rd congressional district of Utah, and the Honorable Elijah E. Cummings, Ranking Member of the Committee and U.S. Representative for the 7th congressional district of Maryland, through counsel, respectfully provide notice that Defendant Adam Eidinger has failed to respond to their motion to quash.

     On September 21, 2015, Chairman Chaffetz and Ranking Member Cummings removed to this Court subpoenas directed to them by Mr. Eidinger. *See* Notice of Removal (Sept. 21, 2015) (ECF No. 1). On Monday, September 28, 2015, Chairman Chaffetz and Ranking Member Cummings moved to quash those subpoenas insofar as they demand testimony. *See* Mot. . . . to Quash . . . (Sept. 28, 2015) (ECF No. 4) ("Motion to Quash"); *see also* Mem. in Supp. of Mot. . . . to Quash . . . (Sept. 28, 2015) (ECF No. 4) ("Memorandum in Support of Motion to Quash"). Mr. Eidinger's deadline to respond to that motion fell no later than Friday, October 16, 2015 – a full eighteen (18) calendar days after the Chairman and Ranking Member filed their motion. *See* L. Civ. R. 7(b) ("Within 14 days of the date of service or at such other time as the Court may direct, an opposing party shall serve and file a memorandum of points and authorities in

opposition to the motion."); Fed. R. Civ. P. 6(d) (providing three additional days where service of motion accomplished by mail and/or electronic means).

Where, as here, the responding party has defaulted on his response obligation, "the Court may treat the motion as conceded." L. Civ. R. 7(b). For this reason, in addition to the reasons stated in Chairman Chaffetz's and Ranking Member Cummings's Memorandum in Support of Motion to Quash, this Court should grant the Motion to Quash.

        Respectfully submitted,

        KERRY W. KIRCHER, D.C. Bar No. 386816
        General Counsel
        */s/ William Pittard*
        WILLIAM PITTARD, D.C. Bar No. 482949
        Deputy General Counsel
        TODD B. TATELMAN, VA Bar No. 66008
        Assistant Counsel
        ELENI M. ROUMEL, SC Bar No. 75763
        Assistant Counsel
        ISAAC B. ROSENBERG, D.C. Bar No. 998900
        Assistant Counsel
        KIMBERLY HAMM
        Assistant Counsel, D.C. Bar No. 1020989
        SARAH CLOUSE
        Senior Staff Attorney, MA Bar No. 688187

        OFFICE OF GENERAL COUNSEL
        U.S. HOUSE OF REPRESENTATIVES
        219 Cannon House Office Building
        Washington, D.C.  20515
        (202) 225-9700 (telephone)
        (202) 226-1360 (facsimile)
        William.Pittard@mail.house.gov

        *Counsel for Chairman Chaffetz and*
        *Ranking Member Cummings*

October 19, 2015

## CERTIFICATE OF SERVICE

I certify that on October 19, 2015, I electronically filed the foregoing Notice via the CM/ECF system for the United States District Court for the District of Columbia, which I understand caused service on all registered parties. I further certify that I served one copy by first class mail, postage prepaid, and via electronic mail on:

Michael Rothman, Esquire
401 East Jefferson Street, Suite 201
Rockville, MD  20850
mike@mikerothman.com
*Counsel for Defendant, Adam Eidinger*

Jillian Willis, Assistant U.S. Attorney
555 4th Street, NW
Washington, DC  20530
Jillian.Willis@usdoj.gov

Gregory Rosen, Assistant U.S. Attorney
555 4th Street, NW
Washington, DC  20530
Gregory.Rosen@usdoj.gov

*/s/ Sarah Clouse*
Sarah Clouse