# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **United States,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil No. 1:15-mc-01265 (APM) |
| ) | |
| **Adam Eidinger,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER TO SHOW CAUSE

On September 21, 2015, the Honorable Jason Chaffetz and the Honorable Elijah E. Cummings removed to this court subpoenas directed to them by Plaintiff, Adam Eidinger. *See* Notice of Removal, ECF No. 1. On September 28, 2015, Chaffetz and Cummings "move[d] for an order quashing the testimonial demands of the subpoenas." *See* Mot. to Quash, ECF No. 4, at 1. The deadline for Plaintiff to respond to Chaffetz and Cummings' Motion has passed. *See* Local Civ. R. 7(b) ("Within 14 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion."); Fed. R. Civ. P. 6(d) (providing three additional days where service of motion accomplished by mail and/or electronic means).

The deadline to respond having passed, Plaintiff shall show cause, on or before October 22, 2015, as to why Chaffetz and Cummings' Motion should not be treated as conceded and granted pursuant to Local Civil Rule 7(b). Local Civ. R. 7(b) ("If . . . a memorandum [of points

and authorities in opposition to a motion] is not filed within the prescribed time, the court may treat the motion as conceded.").

Dated:  October 19, 2015

_____
Amit P. Mehta
United States District Judge