**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **United States,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil No. 1:15-mc-01265 (APM) |
| **Adam Eidinger,** | ) |
| **Defendant.** | ) |

## ORDER

Having given Respondent Adam Eidinger ample opportunity to oppose Non-Party Petitioners Jason Chaffetz and Elijah E. Cummings' Motion to Quash, ECF No. 4, and having received no opposition from Respondent, the court treats Petitioners' Motion to Quash as conceded under Local Civil Rule 7(b). The court hereby grants their Motion and quashes the subpoenas issued to them by Respondent. Petitioners are relieved of any and all obligations arising from those subpoenas. Petitioners' counsel shall serve this Order upon counsel for Eidinger by electronic mail and first-class mail.

This is a final, appealable order.

Date: October 26, 2015

Amit P. Mehta
United States District Judge